IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                                          NO. 4:05CR00294-01 GH

THOMAS R. WALKER

## ORDER

Defendant appeared with counsel on November 21, 2006 to show cause why his probation should not be revoked. After a report from the probation officer and comments from counsel, the court continued the hearing and modified defendant's conditions of probation to include substance abuse treatment and substance abuse testing.

IT IS SO ORDERED this ___21___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE